UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :    17 Cr. 142 (RA)
UNITED STATES OF AMERICA,             :
                                      :    ORDER
        -v-                           :
                                      :
TYRIQUE UNDERWOOD,                    :
                    Defendant.        :
                                      :
-------------------------------------X

RONNIE ABRAMS, District Judge:

It is hereby ORDERED that the defendant's bail is revoked and he is remanded to the custody of the United States Marshal's Service.

Dated:  January 6, 2020
        New York, New York

_____
RONNIE ABRAMS
United States District Judge

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/20